IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01399-REB-BNB

MICHAEL WURTHMAN,

Plaintiff,

v.

ALLIED INTERSTATE, LLC, f/k/a Allied Interstate, Inc.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Motion for Leave to Appear by Telephone for Initial Scheduling/Planning Conference Set for August 26, 2013** [docket no. 9, filed August 19, 2013] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel, Craig Thor Kimmel, may appear telephonically for the hearing set on August 26, 2013, at 2:30 p.m., Mountain Daylight time, by calling Chambers at the appropriate time, at **303-844-6408**.

DATED:  August 19, 2013