IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01399-REB-BNB

MICHAEL WURTHMAN,

Plaintiff,

v.

ALLIED INTERSTATE, LLC, f/k/a Allied Interstate, Inc.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Vacate the Court's June 4, 2013, Order Setting the Scheduling/Planning Conference for August 26, 2013** [docket no. 13, filed August 25, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling/Planning Conference set for **August 26, 2013**, is **VACATED**.


DATED:  August 26, 2013