IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01399-REB-BNB

MICHAEL WURTHMAN,

    Plaintiff,

v.

ALLIED INTERSTATE, F/K/A, and
ALLIED INTERSTATE, INC.,

    Defendants.

---

JUDGMENT PURSUANT TO FED. R. CIV. P. 68

---

Pursuant to the offer of judgment served August 21, 2013 and the acceptance thereof filed August 22nd 2013, with proof of service, and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment is hereby entered for Plaintiff MICHAEL WURTHMAN and against Defendants ALLIED INTERSTATE, F/K/A, and ALLIED INTERSTATE, INC. in the amount of $501.00, plus reasonable costs and attorneys' fees as recoverable by law and allowed by the Court. It is

FURTHER ORDERED that post judgment interest shall accrue at the rate of 0.13% from the date of entry of judgment.

DATED at Denver, Colorado this 6th of September, 2013.

                                              JEFFREY P. COLWELL, CLERK

                                        By:   s/ Edward P. Butler
                                                 Edward P. Butler, Deputy Clerk